UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | NO. 2:93-CR-155 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| INDALECIO NANEZ, JR. | |
| Defendant. | |

----oo0oo----

Defendant Indalecio Nanez, Jr. previously posted a bond secured by real property located at 751 Township Road, Gridley, CA 95948. (Docket No. 11.) IT IS HEREBY ORDERED that this bond is EXONERATED. The Clerk of the Court is directed to reconvey all right, title, and interest in the property located at 751 Township Road, Gridley, CA 95948, posted as security in this case.

IT IS SO ORDERED.

Dated: November 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1